# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JERRY SANTISTEVAN,

    Petitioner

v.

STATE OF NEVADA,

    Respondent

Case No.: 2:21-cv-01140-APG-BNW

**Order**

Nevada State prisoner Jerry Santistevan submitted an incomplete application to proceed *in forma pauperis* and failed to submit a petition or complaint of any kind. Accordingly, this matter has not been properly commenced and must be dismissed. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

I THEREFORE ORDER that this improperly commenced action is **DISMISSED**.

I FURTHER ORDER that the application to proceed in forma pauperis (ECF No. 1) is **DENIED**.

I FURTHER ORDER that a certificate of appealability is denied.

I FURTHER ORDER that the Clerk enter judgment accordingly and close this case.

Dated: July 2, 2021

_____
U.S. District Judge Andrew P. Gordon